JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L., | Case No. EDCV 18-966-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY BERRYHILL, Deputy Commissioner for Operations, Social Security Administration, | |
| Defendant. | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: March 20, 2019

HONORABLE KENLY KIYA KATO
United States Magistrate Judge